LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| MILAGROS CADUSALE,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner Of Social Security,<br><br>    Defendant. | No. SACV 11-1837 JEM<br><br>[~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND EIGHT HUNDRED THIRTEEN DOLLARS AND 63/100 ($2,813.63) subject to the terms of the stipulation.

DATE: July 18, 2012    /s/John E. McDermott_____
                                 HON. JOHN E. McDERMOTT
                                 UNITED STATES MAGISTRATE JUDGE